**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RYAN SCOTT STEWART,<br><br>                    Defendant. | Case No. 2:13-CR-263-KJD-GWF<br><br>**ORDER** |

    Before the Court is Unopposed Motion for Nunc Pro Tunc Amendment of Judgment (#19). The Motion failed to include a proposed order as required under LR 6-2. However, having reviewed the motion and good cause appearing, and to effectuate the agreement of the parties, the Motion (#19) is **HEREBY GRANTED**. An amended judgment shall issue from the Court.

    DATED this 16th day of July 2014.


                                        _____
                                        Kent J. Dawson
                                        United States District Judge